# UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

FILED

16 NOV 17 AM 11:41

CLERK. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

ROSE ADANMA DURU
Plaintiff

**A16CV1226 LY**

v.

Civil Action No.

DOJ—KAREN MITCHELL, ET AL;
Defendant

## COMPLAINT

① DOJ — KAREN MITCHELL — DISTRICT COURT CLERK FOR THE NORTHERN DISTRICT OF TX;

② DOJ—NORTHERN DISTRICT OF TEXAS;

③ OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.; HEIDI A. HARISSON;

④ KAISER PERMANENTE GEORGIA — CRAIG FAERBER;

⑤ KERRY KOHNEN OF KPGA;

⑥ DR ROBERT SCHREINER OF KPGA;

\* Attach additional pages as needed.

| | |
|---|---|
| Date | NOVEMBER, 15, 2016. |
| Signature | Rose Duru |
| Print Name | ROSE ADANMA DURU |
| Address | P. O. BOX 14121 |
| City, State, Zip | AUSTIN, TEXAS 78761 |
| Telephone | 512-550-7477 |

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS.

LIST OF DEFENDANTS:

1: DOJ - KAREN MITCHELL; U.S. DISTRICT COURT CLERK FOR THE NORTHERN DISTRICT OF TEXAS; 1100 COMMERCE ST. #1452, DALLAS, TEXAS 75242.

2: DOJ - FOR THE NORTHERN DISTRICT OF TEXAS; 1100 COMMERCE ST. 3RD FLOOR, DALLAS, TEXAS 75242.

3: LAW FIRM OF, OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C. ATTORNEYS: JANA S. BAKER; HEIDI H. HARISSON; 8117 PRESTON ROAD, SUITE 500, DALLAS, TEXAS 75225.

4: KAISER PERMANENTE GEORGIA - CRAIG FAERBER FOR KPGA. 3495 PIEDMONT ROAD, BUILDING 9, ATLANTA, GEORGIA 30305.

PAGE ONE.

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS.

DEFENDANTS CONT.

5:  KERRY KOHNEN - PRESIDENT - KPGA.
     3495 PIEDMONT ROAD,
       BUILDING 9,
         ATLANTA, GEORGIA 30305.

6:    DR ROBERT SCHREINER - EXECUTIVE
      MEDICAL DIRECTOR FOR HOSPITALS,
      DOCTORS, AND SPECIALTY CARE FACILITIES.
      3495 PIEDMONT ROAD,
      BUILDING 9,
      ATLANTA, GEORGIA 30305.

DATE: NOVEMBER 15, 2016.
SIGNATURE: Rose Duru
PRINT NAME: ROSE ADANMA DURU.
ADDRESS: P.O. BOX 14121.
CITY, STATE, ZIP: AUSTIN, TEXAS 78761.
TELEPHONE: 512-550-7477:   E-MAIL: N/A.

PAGE TWO.

UNITED STATES DISTRICT COURT.

FOR THE WESTERN DISTRICT OF TEXAS.

COMPLAINT:

1: DOJ- KAREN MITCHELL- U.S. DISTRICT COURT CLERK;

2: DOJ- NORTHER DISTRICT OF TEXAS; DALLAS, TEXAS.

① FALSIFICATION OF COURT DOCUMENTS;

② OBSTRUCTION OF JUSTICE WITH MALICE;

③ ABUSE OF POWER WITH MALICE;

④ CONSPIRACY TO COMMIT PERJURY;

⑤ CRIMINAL CONSPIRACY;

⑥ JUDICIAL BIAS WITH MALICE;

⑦ DEPRAIVED INDIFFERENCE;

⑧ BREACH OF DUTY, AND INTEGRITY;

⑨ MALICIOUSLY, AND DELIBRATELY SUPPORTED PERJURY;   ⑩ FRAUD;

⑪ GROSS MISCARRAIGE OF JUSTICE;

⑫ DISCRIMINATION DUE TO NATIONALITY:

DOJ- KAREN MITCHELL- U.S. DISTRICT COURT CLERK, KNOWINGLY, AND DELIBRATELY, ACCEPTED FALSE DECLARATIONS, AND ENTERED THEM IN THE DOCKET.

PAGE ONE:

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS.

COMPLAINT CONT:

KAISER PERMANENTE GEORGIA IS ONE OF THE MAJOR HEALTH INSURANCE PROVIDER FOR THE EMPLOYEES OF THE DEPARTMENT OF JUSTICE IN THE STATE OF GEORGIA. KAISER PERMANENTE GEORGIA CASEMANAGERS TOOK CARE OF SEVERAL EMPLOYEES OF THE JUSTICE DEPARTMENT AT NORTHSIDE HOSPITAL OF ATLANTA. DOJ-KAREN MITCHELL, AND THE U.S. ATTORNEYS IN DALLAS TEXAS WERE ALL AWARE THAT KAISER HEALTH INSURANCE COMPANY IS A LEGAL, AND EXISTENT ENTITY SUBJECT TO CIVIL SUIT, BUT THEY CHOSE TO OBSTRUCT JUSTICE, DUE TO THE BIAS, AND HATE THEY HAVE FOR THE PLAINTIFF. SOMEONE THEY DON'T EVEN KNOW.

PLAINTIFF, ROSE ADAANMA DURU, RESPECTFULLY PLANS TO RE-FILE CASE NO: 3-14-CV-3636; CASE NO: 3-14-CV-3817; CASE NO: 3-15-CV-0324; OR CASE NO: 3-16-CV-1160; CASE NO: 3-16-CV 1161, AND CASE NO: 3-16-CV-1162.

PAGE TWO:

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF COURT.

COMPLAINT CONT:

DOJ - KAREN MITCHELL - U.S. DISTRICT COURT CLERK FALSIFIED COURT DOCUMENT BY ENTERING FALSE JURISDICTION - "FEDERAL QUESTION", WHICH IN COMBINATION WITH FALSE DECLARATIONS LED TO THE DISMISSAL OF PLAINTIFF'S CASE NO: 3-14-CV-3636

DEMAND: PLAINTIFF, ROSE ADANMA DURU, RESPECTFULLY ASKS THE COURT TO AWARD $26. BILLION DOLLARS IN DAMAGES AGAINST DOJ - KAREN MITCHELL; ALSO TO AWARD $26. BILLION DOLLARS AGAINST THE DOJ - THE NORTHERN DISTRICT OF TEXAS FOR DAMAGES; FOR PAIN AND SUFFERING; FOR MENTAL AND EMOTIONAL CRUELTY, DISTRESS, AND EMOTIONAL TRAUMA; FOR COMPENSATORY DAMAGES; FOR RESTITUTION, FOR DELIBRATE DESTRUCTION OF A PERSON'S SPIRIT, AND TRUST IN MANKIND; AND FOR CORRUPTION: FOR FALSIFICATION OF COURT DOCUMENTS:

DATE: NOVEMBER 15, 2016.
SIGNATURE: Rose Duru
PRINT NAME: ROSE ADANMA DURU,
ADDRESS:      P.O. BOX 14121
CITY, STATE, ZIP: AUSTIN, TEXAS 78761.
TELEPHONE: 512-550-7477.      EMAIL-N/A

PAGE THREE:

Case 1:16-cv-01226-LY    Document 1    Filed 11/17/16    Page 7 of 7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS.

## EXHIBIT:F.

THIS EXHIBIT SHOWS THE FALSIFICATION OF
JURISDICTION BY DOJ-KAREN MITCHELL-
U.S. DISTRICT COURT CLERK. DEFENDANT
ENTERED "FEDERAL QUESTION" JURISDICTION
WHICH WAS ONE OF THE REASONS PLAINTIFF'S
CASE WAS DISMISSED. THE COURT KEPT
PLAINTIFF'S $400 DOLLARS FILLING FEE, AND
INTENTIONALLY, DELIBRATELY, KNOWINGLY,
CONSPIRED WITH DEFENDANT'S ATTORNEYS,
AND FILED/ENTERED FALSE DECLARATIONS,
IN ORDER TO HAVE PLAINTIFF'S CASE DISMISSED.
IT WAS INTENTIONAL, AND IT IS FRAUD).

DATE: NOVEMBER 15, 2016.
SIGNATION: Rose Duru,
PRINT NAME: ROSE ADANMA DURU.
ADDRESS: P.O. BOX 14121.
CITY, STATE, ZIP: AUSTIN, TEXAS 78761.
TELEPHONE: 512-550-7477.    :E-MAIL-N/A